Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Michael Marchand (SBN 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiffs
Paris Hilton and Parlux
Fragrances, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS HILTON, an individual, and PARLUX FRAGRANCES, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GENESIS INTERNATIONAL PERFUME, an unknown business entity, and DOES 1-10, inclusive;<br><br>Defendants. | CASE NO. CV13-00074-SS<br><br>STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(a)(1)(A)] |

Plaintiffs Paris Hilton and Parlux Fragrances, LLC. ("Plaintiffs") having filed a Complaint in this action charging, inter alia, Defendant Genesis International Perfume with trademark counterfeiting and related claims with regards to Plaintiffs' federally registered trademarks and design patents, and the parties herein having simultaneously entered into a Settlement Agreement and Mutual Release; and the parties hereto desiring to fully settle all of the claims in this action among the parties to this Final Judgment; the parties stipulate to dismiss the action with prejudice pursuant to FRCP 41(a)(1)(A).

1

STIPULATION RE DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: July 24, 2013 | BLAKELY LAW GROUP |
| 2 | | |
| 3 | | By: /s/ Michael Marchand |
| 4 | | Brent H. Blakely |
| 5 | | Michael Marchand |
| 6 | | *Attorneys for Plaintiffs Paris Hilton and Parlux Fragrances, LLC* |
| 7 | | |
| 8 | Dated: July 24, 2013 | LAW OFFICES MICHAEL P. KADE |
| 9 | | |
| 10 | | By: Michael P. Kade |
| 11 | | *Attorneys for Defendant Genesis International Perfume* |

2
STIPULATION RE DISMISSAL