Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Michael Marchand (SBN 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile:  (323) 464-7410

*Attorneys for Plaintiffs*
*Coach, Inc. and Coach Services, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS HILTON, an individual, and PARLUX FRAGRANCES, LLC, a Delaware corporation,<br><br>            Plaintiffs,<br>      vs.<br><br>GENESIS INTERNATIONAL PERFUME, an unknown business entity, and DOES 1-10, inclusive;<br><br>            Defendants. | CASE NO. CV13-00074-SS<br><br>**ORDER RE DISMISSAL OF ACTION** |

1  WHEREAS Plaintiffs Paris Hilton and Parlux Fragrances, LLC and Defendant Genesis International Perfume have entered into a Settlement Agreement and Mutual Release as to the claims in the above reference matter, and have stipulated for the dismissal of the instant action.  It is hereby **ORDERED, ADJUDGED, and DECREED** as among the parties hereto that except as otherwise provided herein, this action is resolved with prejudice as to Defendant.

IT IS SO ORDERED

DATED:   July 26, 2013            _____/S/_____
                                   Honorable Suzanne H. Segal
                                   **United States Magistrate Judge**

[PROPOSED] ORDER RE DISMISSAL